**Opinion issued September 23, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00107-CV

———————————

**SELECT SPECIALTY HOSPITAL—HOUSTON, L.P.; "SELECT SPECIALTY HOSPITAL—HOUSTON MEDICAL CENTER;" AND "SSH—HOUSTON MEDICAL CENTER"**

Appellants,

v.

**LYNELLA HART**

Appellee

On Appeal from the 151st District Court
Harris County, Texas
Trial Court Case No. 2012-29089

**MEMORANDUM OPINION**

Appellants have filed a motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Appellants included a certificate of conference in their motion stating appellees are unopposed. No opinion has issued.

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

**PER CURIAM**

Panel consists of Justices Massengale, Brown, and Huddle